UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 07-1788(KSH) |
| v. | : | |
| | : | |
| SUN PHARMACEUTICAL | : | ORDER ON INFORMAL |
| INDUSTRIES LIMITED | : | APPLICATION |
| | : | |
| Defendants. | : | |

This matter having come before the Court by way of letter dated June 1, 2007, regarding defendant's motion to dismiss for lack of personal jurisdiction or in the alternative to transfer; and the Court having conducted a telephone conference on the record; and the Court having considered the letter, record of other proceedings involving the same motion, arguments and representations of counsel; and for the reasons set forth on the record; and for good cause shown,

IT IS ON THIS 4th day of June, 2007

ORDERED that, no later than **June 11, 2007**, the defendant shall produce copies of the jurisdictional discovery, declaration(s), and deposition submitted in connection with Sun's motion to dismiss for lack of personal jurisdiction in the alternative to transfer in Civil Nos. 06-4715 and 07-1516. Said information shall be disclosed for attorney's eyes only until the parties have had an opportunity to ensure that no highly confidential information is contained therein;

IT IS FURTHER ORDERED that the plaintiff may serve no more than 5 interrogatories, including subparts, and 10 document demands directed at jurisdictional discovery no later than **June 12, 2007** and the plaintiff shall provide its responses no later than **June 18, 2007**;

IT IS FURTHER ORDERED that counsel shall confer in a good faith attempt to informally resolve any discovery disputes <u>before</u> seeking the Court's intervention. Should such

informal effort fail to resolve the dispute, the matter shall be brought to the Court's attention by a joint letter that sets forth: (a) the request, (b) the response; (c) efforts to resolve the dispute; (d) why the complaining party believes the information is relevant and why the responding party's response continues to be deficient; and (e) why the responding party believes the response is sufficient.  No further submissions regarding the dispute may be submitted without leave of Court;

      IT IS FURTHER ORDERED that one jurisdictional deposition may be taken and shall be completed no later than **July 12, 2007**; and

      IT IS FURTHER ORDERED that the defendant shall Answer, move or otherwise reply to the Amended Complaint no later than **July 23, 2007.**  If a motion to dismiss based upon lack of personal jurisdiction or, in the alternative, to transfer, is filed, then any response shall be submitted no later than **August 3, 2007** and any reply shall be submitted no later than **August 10, 2007**.  No extensions under Rule 7.1 are permitted.  If the Court requests oral argument, then it shall take place on **August 23, 2007 at 10:00 a.m.**

      s/Patty Shwartz  
      UNITED STATES MAGISTRATE JUDGE