UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| EKR THERAPEUTICS, INC.,<br>　　　　　Plaintiffs,<br>　v.<br>SUN PHARMACEUTICAL INDUSTRIES, LTD.,<br>　　　　　Defendant. | Civ. Action No. 07-1788 (KSH)<br><br>**ORDER** |

**Katharine S. Hayden, U.S.D.J.**

For the reasons stated in the opinion filed herewith,

**IT IS** on this 31st day of March, 2009,

**ORDERED** that EKR's motion for summary judgment of infringement is GRANTED; and it is further

**ORDERED** that Sun's motion for summary judgment of non-infringement (D.E. 121) is DENIED.

　　　　　　　　　　　　　　　　　　/s/  Katharine S. Hayden
　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.